UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Laura Egerman, Esq.
McCalla Raymer Leibert Pierce, LLC
485F Route 1 South, Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ _ECF _ Notices@mccalla.com
Attorneys for Movant

In Re:

Tru-Val Electric Corporation

Case No.:       25-10534-SLM

Chapter:              7

Hearing Date:   August 26, 2025

Judge:            Stacey L. Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Motion for Relief from Stay (DE 106)

Date: 08/08/2025

/s/ Laura Egerman
Signature

*rev.8/1/15*